UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLAS A.N. CHARLES,

               Plaintiff,

      -v.-

UNITY WIRELESS,

               Defendant.

24 Civ. 3461 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed Defendant's letter requesting to file a motion to dismiss. (Dkt. #29). That request is GRANTED. Accordingly, the Court sets the following briefing schedule:

(i)    Plaintiff may file a second amended complaint on or before **April 3, 2025.**

(ii)    Defendant shall file its motion to dismiss on or before **April 24, 2025**.

(iii)    Plaintiff shall file his opposition on or before **May 22, 2025**.

(iv)    Defendant shall file its reply on or before **June 5, 2025**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

    SO ORDERED.

Dated:  February 28, 2025
          New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge