UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS A.N. CHARLES,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>UNITY WIRELESS,<br><br>                    Defendant. | 24 Civ. 3461 (KPF) |
| NICOLAS ALEXANDER NAPOLEON CHARLES,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>EXCESS TELECOM,<br><br>                    Defendant. | 24 Civ. 9181 (KPF) |
| NICOLAS A.N. CHARLES,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>T-MOBILE USA, INC. and ASSURANCE WIRELESS,<br><br>                    Defendants. | 25 Civ. 702 (KPF) |

KATHERINE POLK FAILLA, District Judge:

    Case No. 24 Civ. 3461 (the "*Unity Wireless* Action") was assigned to this Court on July 2, 2024; Case Nos. 24 Civ. 9181 (the "*Excess Telecom* Action") and 25 Civ. 702 (the "*T-Mobile* Action") were reassigned to this Court on July 7, 2025, and April 4, 2025, respectively, pursuant to this District's Rules for the

Division of Business Among District Judges. The cases are all brought by the same plaintiff, and all appear to concern service received by Mr. Charles pursuant to federal discounted telephone and internet service programs.

Plaintiff has filed a motion in each case to consolidate the three cases. (*See* Case No. 24 Civ. 3641, Dkt. #53; Case No. 24 Civ. 9181, Dkt. #17; Case No. 25 Civ. 702, Dkt. #26). Defendants in each case are ORDERED to submit a letter outlining their position as to Plaintiff's motion on or before **September 8, 2025**.

The Clerk of Court is directed to file this Order in all three cases and to mail a copy of the Order to Plaintiff at his address of record.

SO ORDERED.

Dated:   August 18, 2025
         New York, New York

                                    _____
                                       KATHERINE POLK FAILLA
                                       United States District Judge