UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS A.N. CHARLES,<br><br>      Plaintiff,<br><br>    -v.-<br><br>UNITY WIRELESS,<br><br>      Defendant. | 24 Civ. 3461 (KPF) |
| NICOLAS ALEXANDER NAPOLEON CHARLES,<br><br>      Plaintiff,<br><br>    -v.-<br><br>EXCESS TELECOM,<br><br>      Defendant. | 24 Civ. 9181 (KPF) |
| NICOLAS A.N. CHARLES,<br><br>      Plaintiff,<br><br>    -v.-<br><br>T-MOBILE USA, INC. and ASSURANCE WIRELESS,<br><br>      Defendants. | 25 Civ. 702 (KPF) |

KATHERINE POLK FAILLA, District Judge:

  On August 14, 2025, Plaintiff filed a motion to consolidate the following three cases: Case No. 24 Civ. 3461 (the "*Unity Wireless* Action"), Case No. 24 Civ. 9181 (the "*Excess Telecom* Action"), and Case No. 25 Civ. 702 (the "*T-Mobile* Action"). (Case No. 24 Civ. 3461, Dkt. #53; Case No. 24 Civ. 9181, Dkt.

#17; Case No. 25 Civ. 702, Dkt. #26). On August 18, 2025, the Court ordered Defendants in each case to submit letters outlining their positions on Plaintiff's motion. (Case No. 24 Civ. 3461, Dkt. #56; Case No. 24 Civ. 9181, Dkt. #20; Case No. 25 Civ. 702, Dkt. #29).

In response, Defendant in the *Unity Wireless* Action requests a stay of the deadline to respond to Plaintiff's motion until the Court rules on Defendant's pending motion to dismiss Plaintiff's Second Amended Complaint. (Case No. 24 Civ. 3461, Dkt. #57). Defendant in the *Excess Telecom* Action opposes Plaintiff's motion due to its pending request to file a motion to dismiss. (Case No. 24 Civ. 9181, Dkt. #21). Defendants in the *T-Mobile* Action also oppose Plaintiff's motion due to T-Mobile USA, Inc.'s pending request to file a motion to dismiss and Assurance Wireless's motion to compel arbitration. (Case No. 25 Civ. 702, Dkt. #37). The Court has reviewed Defendants' responses in each case and now DENIES Plaintiff's motion to consolidate given the different motions and requests filed by Defendants in the three cases. Nevertheless, the Court will hear the cases in tandem.

In the *Unity Wireless* Action, the Court DENIES Defendant's request for a stay and will address Defendant's motion to dismiss the Second Amended Complaint in due course. (*See* Case No. 24 Civ. 3461, Dkt. #33).

In the *Excess Telecom* Action, the Court has received Defendant's request to file a motion to dismiss without a pre-motion conference. (Case No. 24 Civ. 9181, Dkt. #22). The Court GRANTS the request and will dispense with its

2

typical requirement of a pre-motion conference and allow the parties to proceed directly to briefing. The parties shall adhere to the following briefing schedule:

Plaintiff shall have an opportunity to amend his complaint, which is due on or before **October 20, 2025**.

Defendant's motion to dismiss is due on or before **November 19, 2025**.

Plaintiff's opposition is due on or before **January 16, 2026**.

Defendant's reply is due on or before **January 30, 2026**.

In the *T-Mobile* Action, the Court has received Defendant T-Mobile USA, Inc.'s request for a pre-motion conference in connection with its proposed motion to dismiss (Case No. 25 Civ. 702, Dkt. #30) and Defendant Assurance Wireless's motion to compel arbitration (Case No. 25 Civ. 702, Dkt. #31). Regarding T-Mobile USA, Inc.'s request (Case No. 25 Civ. 702, Dkt. #30), the Court will also dispense with its typical requirement of a pre-motion conference and allow the parties to proceed directly to briefing. The parties shall adhere to the same briefing schedule as the one set above for the *Excess Telecom* Action. Regarding Assurance Wireless's motion to compel arbitration (Case No. 25 Civ. 702, Dkt. #31), Plaintiff is directed to file a response on or before **October 10, 2025**.

Defendants in the *Unity Wireless* and *T-Mobile* Actions are directed to provide Plaintiff with copies of cases and other authorities cited in their briefing, regardless of publication or reported status.

The Clerk of Court is directed to file this Order in all three cases and to mail a copy of the Order to Plaintiff at his address of record. The Clerk of

Court is further directed to terminate the pending motions at docket entry 53 in Case No. 24 Civ. 3461, docket entries 17 and 22 in Case No. 24 Civ. 9181, and docket entries 26 and 30 in Case No. 25 Civ. 702.

    SO ORDERED.

Dated:     September 11, 2025
              New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge