**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICHOLAS A.N. CHARLES,

                           Plaintiff,

        -against-                                  24 **CIVIL** 3461 (KPF)

                                                    **JUDGMENT**

UNITY WIRELESS,

                         Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 20, 2026, Unity's motion to dismiss is GRANTED. The Court has dismissed Mr. Charles's claims in this action without prejudice, either because it lacks jurisdiction to consider them (with respect to the federal-law claims), or because it has declined to exercise jurisdiction over them (with respect to the state-law claims); accordingly, the case is closed.

**Dated:** New York, New York

       January 21, 2026

                                        **TAMMI M. HELLWIG**

                                      _____
                                           **Clerk of Court**

                         **BY:**          K. Mango

                                        _____
                                           **Deputy Clerk**